# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

ROHIT ROHIT,

           Petitioner,

v.

JOSHUA JOHNSON, et al.,

           Respondents.

Case No. 5:26-cv-01388-CV-AYP

**ORDER OF DISMISSAL**

**JS-6**

Upon consideration of Petitioner's Motion to Dismiss Petition for Writ of Habeas Corpus (Dkt. No. 11), it is hereby ORDERED that the Motion be GRANTED, and the instant petition be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: July 23, 2026

*Cynthia Valenzuela*

—————————————————————

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE